[ X ] AMENDED

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

**In re:**                                                                                 **Case No.:** 21-20299

(1) Linda Elaine Palmer

(2)

**Debtor(s).**                                                               **Chapter 13**

**CHAPTER 13 PLAN**

**ADDRESS:**

(1) 2110 Hallwood Dr.                (2)

Memphis, TN 38107

**PLAN PAYMENT:**

**Debtor (1) shall pay:** $ 796.00   ( ) weekly, ( X ) every two weeks, ( ) semi-monthly, or ( ) monthly by:

( X ) **PAYROLL DEDUCTION** from:                         **OR**    ( ) **DIRECT PAY**

US Dept of Commerce (Census Bureau), 100 South Independence Mall West #410, Philadelphia, PA 19107

**Debtor (2) shall pay:** $      ( ) weekly, ( ) every two weeks, ( ) semi-monthly, or ( ) monthly by:
( ) **PAYROLL DEDUCTION** from:                         **OR**    ( ) **DIRECT PAY**

1. **THIS PLAN [Rule 3015.1 Notice]:**
   - (A) **CONTAINS A NON-STANDARD PROVISION.** [See plan provision #19]       ( ) YES ( X ) NO
   - (B) **LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF THE COLLATERAL FOR THE CLAIM.** [See plan provisions #7 and #8]       ( X ) YES ( ) NO
   - (C) **AVOIDS A SECURITY INTEREST OR LIEN.** [See plan provision #12].       ( X ) YES ( X ) NO

2. **ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

3. **AUTO INSURANCE:** ( ) Included in Plan; OR ( X ) Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

4. **DOMESTIC SUPPORT:**                                                        **Monthly Plan Payments**

   Paid by: ( ) Debtor(s) directly,   ( ) Wage Assignment, OR   ( ) Trustee to:
   Payee:
       ongoing payment begins:                                                   $
       approximate arrearage: $                                                     $

5. **PRIORITY CLAIMS:**                                           **Amount**                       **Monthly Plan Payments**

6. **HOME & MORTGAGE CLAIMS:**

   ( ) Paid directly by Debtor(s); OR ( X ) Paid by Trustee to:

   **Mortgagee:** BSI Financial Services

   **ongoing payment begins:** May, 2021                                     $ 531.78

   **approximate arrearage:** $ 10,000.00             **Interest:** 0 %                $ 167.00

   **Collateral:** 2110 Hallwood Dr, Memphis, TN 38107

7. **SECURED CLAIMS:**
   [Retain lien 11 U.S.C. §1325 (a)(5)]

| | **Value of collateral** | **Rate of interest** | **Monthly plan payment** |
|---|---|---|---|
| Credit Acceptance Corp | $ 13,102.96 | 5.25% | $ 449.00 |

Shelby County Trustee – not provided for (paid through escrow)

City of Memphis Treasurer – not provided for (paid through escrow)

8. **SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

| [Retain lien 11 U.S.C. §1325 (a)] | Value of collateral | Rate of interest | Monthly plan payment |
|---|---|---|---|
| | | | |

9. **SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**
   Collateral:

10. **SPECIAL CLASS UNSECURED CLAIMS:**

| | Amount | Rate of interest | Monthly plan payment |
|---|---|---|---|
| First Metropolitan | $ 9,067.78 | 24% | $ 262.00 |

11. **STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**   Not provided for   OR   General unsecured credotpr

   US Dept of Education & FedLoan Servicing      Not provided for

12. **THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

   City Direct LLC (GS docket no 1662766, Shelby County Register's instrument no: 14045643)

   Capital One Bank (GS docket no 1201109, Shelby County Register's instrument no 08088015)

13. **ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

14. **ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** $   however, amount is to be determined after all claims are filed, undersecured amounts determined, deficiencies determined, etc.

15. **THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**
    (A) ( ) _____%, OR,
    (B) ( X ) THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

16. **THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**      Assumes      OR      Rejects

17. **COMPLETION:** Plan shall be completed upon payment of the above, approximately __60__ months.
18. **FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**
19. **NON-STANDARD PROVISION(S):**

    **ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID**
20. **CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

___/s/ Philip F. Counce_____ DATE: _2/23/2021_____.
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**